### 23426. PIRKLE *v.* THE STATE.

GUERRY, J. 1. It is not necessary in an indictment for bastardy to allege that the child will probably become chargeable to the county; such an issue is concluded by the judgment of the justice of the peace. *Kennedy* v. *State*, 9 *Ga. App.* 219, 224 (70 S. E. 986).

2. In a bastardy case two questions are involved: "whether the defendant is the father of the bastard, and whether he has refused to give bond when called on in terms of the law." *McCombs* v. *State*, 66 *Ga.* 580 (3).

3. The evidence amply supports the verdict, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED NOVEMBER 4, 1933.

*M. B. Eubanks,* for plaintiff in error.
*James F. Kelly, solicitor-general, J. R. Rosser,* contra.